IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MASON IBRA GARRETT, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:25-CV-04064-SRB |
| CENTERPOINTE HOSPITAL-COLUMBIA, et al., | ) |
| Defendants. | ) |

# ORDER

Before the Court is Chief Magistrate Judge Willie J. Epps, Jr.'s Report & Recommendation. (Doc. #4.) Judge Epps recommends that the undersigned deny Plaintiff's Motion for Leave to Proceed in Forma Pauperis and dismiss the case based on the proposed Complaint's failure to state a claim. (Doc. #1.) Judge Epps found that Plaintiff does not allege facts from which the Court could find that Defendants deprived Plaintiff of his constitutional rights; or that Defendants, private actors, acted under the color of state law in their interactions with Plaintiff; or that Defendants had a meeting of the minds with any state actor.

After an independent and careful review of the record and the applicable law, the Court **ADOPTS** Judge Epps's Report and Recommendation, (Doc. #4), and find that Plaintiff's proposed Complaint fails to state a claim upon which relief can be granted. Accordingly, it is hereby **ORDERED** that the Report & Recommendation, (Doc. #4), be attached to and made part of this Order. Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Doc. #1) is **DENIED**. It is further **ORDERED** the above-captioned matter is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH, JUDGE
Dated: April 30, 2025      UNITED STATES DISTRICT COURT

1